**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 1:24-cv-04443 |
| v. | Honorable Mary M. Rowland |
| GREEN CARE PROFESSIONAL SERVICES, P.C. d/b/a GENERICOZEMPIC.COM and GCM PARTNERS, LLC, | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT

Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. ("Plaintiffs"), with the agreement of Defendants Green Care Professional Services P.C. d/b/a Genericozempic.com and GCM Partners LLC ("Defendants"), respectfully move this Court to enter a final judgment in this action in favor of Plaintiffs. In support of this motion, Plaintiffs state as follows:

1.      Novo Nordisk filed this Complaint on May 30, 2024 (Dkt #1) alleging trademark infringement, false advertising, and unfair competition in violation of sections 32(l) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a), common law, and the Illinois Consumer Fraud and Deceptive Business Practices Act.

2.      The parties have agreed to a confidential settlement agreement to resolve Plaintiffs' claims.

3.    Attached as Exhibit A is Defendants' signed consent to the proposed final judgment and permanent injunction ("Final Judgment"). Upon entry of the Final Judgment, this matter will be resolved in full.

4.    This Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement, the Final Judgment, and as otherwise provided in the Final Judgment.[1]

## **CONCLUSION**

For the reasons stated above, the parties respectfully move this Court to enter the attached Final Judgment in favor of Plaintiffs and against Defendants.

DATED: November 21, 2024

Respectfully Submitted,

/s/ Suyash Agrawal
Suyash Agrawal
MASSEY & GAIL LLP
50 E Washington St., Ste. 400
Chicago, Illinois 60602
(312) 379-0949
sagrawal@masseygail.com

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
shemeryck@rshc-law.com

---

[1] "When a court issues an injunction, it automatically retains jurisdiction to enforce it". *Hyzy v. Baker*, No. 18-CV-5276, 2019 WL 2576533, at *4 (N.D. Ill. June 24, 2019) *citing United States v. Fisher*, 864 F.2d 434, 436 (7th Cir. 1988).