**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Novo Nordisk A/S, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04443
Honorable Mary M. Rowland

Green Care Professional Services, P.C. d/b/a Genericozempic.com, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 22, 2024:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for entry of final judgment [30] is granted. Enter Judgment. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.